HARRY VIRGIL MOHNEY, DONALD GERAGHTY *v.*
STATE OF INDIANA.

[No. 172A23. Filed September 4, 1973.]

*Robert Eugene Smith, Esquire,* Baltimore, Maryland, *Gilbert H. Deitch, Esquire,* Atlanta Georgia, *Arnold Baratz, Esquire,* of Indianapolis, for appellants.

PER CURIAM—The defendant-appellants (Mohney and Geragty) were convicted by a jury of "knowingly selling and offering to sell obscene literature and devices" as defined by IC 35-30-10-1, Ind. Ann. Stat. § 10-2803 (Burns 1972).

We reverse the judgment and conviction and remand to the trial court for the purpose of discharging the defendants Mohney and Geraghty. Our authorities for doing so are the recent cases of *Stroud* v. *State* (1973), 261 Ind. 58, 300 N.E.2d 100, and *Mohney* v. *State* (1973), 261 Ind. 56, 300 N.E.2d 66 both of which declare the statute in question unconstitutional.

Reversed and remanded.

NOTE.—Reported at 300 N.E.2d 678.